# United States District Court

## District of Vermont

DONALD BOYNTON,

   Plaintiff,

v.

S.T. GRISWOLD & CO., INC.,

   Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 1:05-CV-305

____ **Jury Verdict.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's Order (Doc. No. 7) entered January 19, 2006, defendant's Motion to Dismiss (Doc. No. 6) is GRANTED. The Complaint is DISMISSED without prejudice absent timely objection and for failure to plead or otherwise demonstrate the exhaustion of applicable administrative remedies.

Date: January 19, 2006

RICHARD PAUL WASKO
Clerk

*(signature)*
(By) Deputy Clerk

Judgment Entered on Docket
Date: 01/19/2006